**Guttilla Murphy Anderson**
Ryan W. Anderson (Ariz. No. 202974)
Shawn A. McCabe (Ariz. No. 032402)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: smccabe@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for Anthony H. Mason, the Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Marko Brkovic,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:22-bk-08128-BKM<br><br>**TRUSTEE'S APPLICATION FOR ORDER TO SHOW CAUSE** |

Anthony H. Mason, the Chapter 7 Trustee (the "Trustee"), by and through the Trustee's duly authorized and undersigned attorneys, Guttilla Murphy Anderson, PC, hereby moves this Court for entry of an Order to Show Cause directing debtor Marko Brkovic ("Debtor") to appear and show cause, if any exists, why he should not be held in contempt for his failure to comply with the Court's *Order Granting Trustee's Motion to Compel Turnover* [Docket Entry ("DE") No. 47]. This Application is supported by the following Memorandum of Points and Authorities.

///

///

///

# FACTUAL BACKGROUND

1. Marko Brkovic (the "Debtor") filed a Voluntary Chapter 7 Petition on December 7, 2022 (the "Petition Date").

2. Debtor's bankruptcy schedules listed four bank accounts: a Wise account ending *2636; a Bank of America Account ending *6278; a Bank of America account ending *9217; and a Bank of America account in Debtor's non-filing spouse's name (collectively the "Disclosed Accounts"). *See* Schedule A/B [DE No. 13].

3. Debtor's bankruptcy schedules did not disclose the existence of any bank accounts held in any foreign nations.

4. On August 16, 2023, the Court entered its *Order Granting Trustee's Motion for Bankruptcy Rule 2004 Examination and Production of Documents* [DE No. 38], ordering Debtor to appear for a Rule 2004 Examination and produce various documents, including "[c]opies of account statements for a period of June 1, 2020, to September 30, 2020, and December 1, 2021, through March 31, 2023, for any and all deposit accounts held by Debtor."

5. Debtor subsequently produced statements for the Disclosed Accounts.

6. Upon the Trustee's review of the statements provided from the Disclosed Accounts, it was discovered that between July 2020, and the Petition Date, Debtor transferred at least $133,000.00 to banks in Serbia (the "Serbian Transfers").

7. On October 19, 2023, Debtor participated in a Rule 2004 Examination administered by the Trustee's undersigned counsel (the "Rule 2004 Exam").

8. At the Rule 2004 Exam, Debtor was asked questions regarding the Serbian Transfers.

9. Debtor testified at the Rule 2004 Exam that he holds two bank accounts in Serbia.

10. Debtor further testified at the Rule 2004 Exam that the Serbian Transfers were to his bank accounts in Serbia.

11. Debtor was advised at the Rule 2004 Exam that he would need to produce bank statements for both of his Serbian bank accounts.

12. Debtor was further advised that he would need to produce copies of the check and deposit order for an $18,000.00 check deposited into Debtor's Bank of America account ending *6278, on July 16, 2020 (the "Check").

13. Debtor subsequently failed/refused to produce copies of account statements from his Serbian bank accounts and copies of the Check.

14. On November 8, 2023, the Trustee filed the *Trustee's Motion to Compel Turnover by Debtor* [DE No. 43], seeking an order compelling Debtor to produce copies of account statements to cover June 1, 2020, through March 31, 2023, for Debtor's two (2) undisclosed bank accounts held at banks within the country of Serbia ("Serbian Account Statements") and copies of the Check.

15. On December 6, 2023, the Court entered the *Order Granting Trustee's Motion to Compel Turnover* [DE No. 47] which ordered Debtor to produce copies of the Serbian Account Statements and copies of the Check.

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300

16. To date, Debtor has refused to produce copies of the Serbian Account Statements and copies of the Check.

## REQUEST FOR ORDER TO SHOW CAUSE

This Court has authority to hold Debtor in contempt pursuant to 11 U.S.C. § 105 for his failure to comply with a direct order of this Court. Accordingly, the Trustee requests that the Court enter an Order to Show Cause directing Debtor to appear and show cause why he should not be held in contempt for his failure to comply with the Court's *Order Granting Trustee's Motion for Bankruptcy Rule 2004 Examination and Production of Documents* and the *Order Granting Trustee's Motion to Compel Turnover*.

If the Court sets the requested hearing on this motion, the Trustee will promptly file a Notice of Hearing and serve it upon the Debtor.

                                            GUTTILLA MURPHY ANDERSON, P.C.

                                            /s/ *Shawn A. McCabe*
                                            Shawn A. McCabe
                                            Attorneys for the Trustee

Copy of the foregoing mailed (and emailed where indicated)
on January 12, 2024, to:

Marko Brkovic
PO Box 958744
Hoffman Est, IL 60195-8744
Marko847@gmail.com
*Debtor*
*(Sent by US mail and email).*

Avi Schild
Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
*Creditor*

Collins Asset Group LLC.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712
*Creditor*

Office of the United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

<u>*/s/ Louis A. Lofredo*</u>

3426-001 (527292)

**Guttilla Murphy Anderson, P.C.**
5415 E. High Street, Suite 200
Phoenix, AZ 85054
(480) 304-8300